## MILDRED S. MILLER v. McLAUGHLIN-SCHULTZ, INC., AND ANOTHER.

243 N. W. 2d 743.

June 25, 1976—No. 46249.

*C. Douglas Allert,* for relators.

*Quarnstrom, Doering, Pederson, Leary & Murphy* and *Patrick J. Leary,* for respondent.

PER CURIAM.

Certiorari to review a decision of the Workers' Compensation Board

awarding dependency benefits to the widow of decedent-employee. Our review establishes that the compensation board's finding that the employee's work-related injury substantially contributed to his death is supported by substantial evidence and must therefore be affirmed.

Respondent is allowed $350 attorneys fees on this appeal.

Affirmed.